IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406) | Master File No. 2:13-CV-20000-RDP |
| | This document relates to: |
| AMERICAN ELECTRIC MOTOR SERVICES, INC. AND CB ROOFING, LLC, | Case No. 2:12-CV-02169-RDP |
| Plaintiffs, | |
| v. | |
| BLUE CROSS BLUE SHIELD OF ALABAMA, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that David J. Zott and Daniel E. Laytin of Kirkland & Ellis LLP hereby appear as counsel for Defendants Blue Cross Blue Shield Association, Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa), Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota), Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii), and Triple-S Salud, Inc.

Dated: September 20, 2018

Respectfully submitted,

*/s/ David J. Zott, P.C.*
David J. Zott, P.C.
Daniel E. Laytin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654

Tel: (312) 862-2000
Fax: (312) 862-2200
david.zott@kirkland.com
daniel.laytin@kirkland.com

*Counsel for Defendants Blue Cross Blue Shield Association; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                       */s/ David J. Zott, P.C.*
                                                       David J. Zott, P.C.