

FILED
2018 Sep-20  PM 01:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN ELECTRIC MOTOR SERVICES, INC, <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF ALABAMA, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:12-cv-02169-RDP |

## NOTICE OF APPEARANCE

Please take notice that Michael A. Naranjo and Alan D. Rutenberg of Foley & Lardner LLP hereby appear as counsel of record for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield.

Dated:  September 20, 2018                      Respectfully submitted,

/s/ Michael A. Naranjo
Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
415-984-9847
(fax) 415-434-4507
mnaranjo@foley.com

Counsel for USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield

4851-7710-7827.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael A. Naranjo
Michael A. Naranjo

4851-7710-7827.2