# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** (MDL No.: 2406) | **Master File No.: 2:13-CV-20000-RDP** |
| This Document relates to: **AMERICAN ELECTRIC MOTOR SERVICES, INC. et al.,**   Plaintiffs, vs. **BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,**   Defendants. | **Case No. 2:12-CV-02169-RDP** |

## NOTICE OF APPEARANCE

Please take notice that Brian K. Norman of Shamoun & Norman, LLP hereby appears as counsel of record for Defendants CareFirst, Inc., CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., and CareFirst BlueChoice, Inc.

Dated: September 20, 2018

Respectfully submitted,

By: /s/ Brian K. Norman
Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Tel: 214.987.1745
bkn@snlegal.com
ATTORNEY FOR CAREFIRST, INC., CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., AND CAREFIRST BLUECHOICE, INC.


H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, Alabama 36602
Tel: 251.405.1300
hjk@ajlaw.com
ATTORNEY FOR CAREFIRST, INC., CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., AND CAREFIRST BLUECHOICE, INC.


Kimberly R. West
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: 205.870.0555
kwest@wallacejordan.com
LIAISON COUNSEL

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 20, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

              /s/ Brian K. Norman
              BRIAN K. NORMAN