FILED

2018 Sep-21  AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

AMERICAN ELECTRIC MOTOR
SERVICES, INC.,

      Plaintiff, on behalf of itself,
      and all others similarly situated,          Case No. 2:12-cv-02169-RDP

v.

BLUE CROSS AND BLUE SHIELD
OF ALABAMA, *et al*.

      Defendants.


## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew P. Campbell and Stephen D. Wadsworth of

CAMPBELL GUIN, Sarah L. Cylkowski of BODMAN PLC, and Todd M. Stenerson of

SHEARMAN & STERLING, hereby enter their appearance as counsel for Defendant Blue Cross

Blue Shield of Michigan.


                                      Respectfully submitted,

Dated: September 21, 2018

                                    By:  /s/ Andrew P. Campbell
                                        Andrew P. Campbell
                                        Stephen D. Wadsworth
                                        CAMPBELL GUIN
                                        505 20th Street North
                                        Suite 1600
                                        Birmingham, Alabama 35203
                                        Tel: (205) 224-0750
                                        Fax: (205) 224-8622
                                        andy.campbell@campbellguin.com
                                        stephen.wadsworth@campbellguin.com

                                        Sarah L. Cylkowski
                                        BODMAN PLC
                                        6th Floor at Ford Field

2

1901 St. Antoine
Detroit, Michigan 48226
Tel: (313) 259-7777
Fax: (313) 393-7579
scylkowski@bodmanlaw.com

Todd Stenerson
SHEARMAN & STERLING LLP
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on the 21st day of September, 2018, filed the foregoing using

the electronic filing system, which will automatically serve all counsel of record.

CAMPBELL GUIN

By: /s/ Andrew P. Campbell
Andrew P. Campbell (CAM006)
505 20th Street North
Suite 1600
Birmingham, Alabama 35203
(205) 224-0750